IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02363-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.9.209.54,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed October 29, 2013 (ECF No. 15). After a careful review of the Notice and the file, it is

ORDERED that Defendant John Doe, subscriber assigned IP address 24.9.209.54, is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the case is terminated.

Dated:  October 29, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge